**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7103**

———————————

ANGELO HAM,

Plaintiff - Appellant,

v.

DARLINGTON COUNTY SHERIFFS OFFICE; CALVIN JACKSON; TIM
ROBERTSON; JOHN MCLEOD; JAY HODGE; SHERRIE BAUGH; WILL
ROGERS; KERNARD REDMOND,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence. J. Michelle Childs, District
Judge. (4:11-cv-01150-JMC)

———————————

Submitted: September 11, 2012     Decided: September 14, 2012

———————————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Angelo B. Ham, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo B. Ham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ham v. Darlington Cnty. Sheriffs Office</u>, No. 4:11-cv-01150-JMC (D.S.C. June 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2